

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2019

No. 04-19-00852-CR

**IN RE** Christopher D. **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

On December 6, 2019, relator filed a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 27, 2019..

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2019.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR10632, styled *The State of Texas v. Christopher D. Gonzalez*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.